UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN H. HARMON, II,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. CV-18-145-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 14), Judgment is entered in favor of the Defendant.

　　Dated this 31st day of March 2020.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ Heidi Gauthier
　　　　　　　　　　　　　　　Heidi Gauthier, Deputy Clerk